IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSHUA M. WOODLE, Plaintiff, | ) | 4:06CV3307 |
| v. | ) | |
| STEPHEN J. MCTIGUE and CONNIE R. MCTIGUE, Defendants. | ) | ORDER |

IT IS ORDERED:

Defendants' unopposed oral motion for additional time is granted and the deadline for filing the parties' Rule 26 planning report is extended to March 21, 2007.

DATED this 28th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge