```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOSHUA M. WOODLE, | ) | |
| Plaintiff, | ) | 4:06CV3307 |
| v. | ) | |
| STEPHEN J. MCTIGUE and CONNIE R. MCTIGUE, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the Rule 16 telephone planning conference is continued from June 12 to June 28, 2007 at 9:00 a.m. **Plaintiff's counsel shall initiate the call.**

DATED this 30th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge