IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSHUA M. WOODLE, | ) | 4:06CV3307 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| STEPHEN J. MCTIGUE and | ) | |
| CONNIE R. MCTIGUE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and complete record waived.

October 19, 2007                         BY THE COURT:

                                         *s/Richard G. Kopf*
                                         United States District Judge